2622-CC00254

Electronically Filed - City of St. Louis - February 05, 2026 - 04:08 PM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

JAMIE MULFORD,               )

         *Plaintiff*,            )     Case No.

v.                        )     Div. No.

CHARLES MICHAEL QUINNELLY,    )
**Serve:  157 Banks Dr.**         )
       **Winchester, VA 22602**     )

        *Defendant.*          )

## PETITION FOR DAMAGES

COMES NOW Plaintiff Jamie Mulford, by and through undersigned counsel, and for her Petition for Damages against Defendant Charles Michael Quinnelly, states as follows to the Court:

### ALLEGATIONS COMMON TO ALL COUNTS

1. Plaintiff Jamie Mulford (hereinafter, "Plaintiff") is a resident of the State of Missouri.

2. Defendant Charles Michael Quinnelly, (hereinafter, "Defendant") is a resident and citizen of the State of Missouri.

3. The intersection of Kingshighway and Vandeventer Ave., is a public throughfare in the City of St. Louis, State of Missouri.

4. On or about June 20, 2023, Plaintiff was a passenger in a vehicle traveling at or near the intersection of Kingshighway and Vandeventer Ave.

5. At the above-mentioned time and place, Defendant was also the operator of a motor vehicle, traveling at or near the intersection of Kingshighway and Vandeventer Ave.

6. At the above-mentioned time and place, Defendant caused his vehicle to come into contact with the rear of the vehicle in which Plaintiff was an occupant, in turn, causing her injury and damage.

Electronically Filed - City of St. Louis - February 05, 2026 - 04:08 PM

## COUNT I -NEGLIGENCE

COMES NOW, Plaintiff Jamie Mulford, by and through undersigned counsel, and for Count I of her Petition for Damages against Defendant Charles Michael Quinnelly, states as follows to the Court:

7. Plaintiff restates and reincorporates by reference paragraphs 1-6 above as if fully set forth herein.

8. At the above-mentioned time and place, Defendant, as the operator of a motor vehicle, had the duty to exercise the highest degree of care for the safety of other persons upon the roadway, and was careless and negligent in one or more of the following respects:

   a. Defendant failed to maintain control of his vehicle;

   b. Defendant failed to keep a careful lookout;

   c. Defendant failed to operate his vehicle in a careful and prudent manner;

   d. Defendant failed to yield to the right-of-way;

   e. Defendant failed to stop, slow, slacken her speed, and/or swerve to avoid colliding with Plaintiff's vehicle, when he knew or should have known of the danger of collision;

   f. Defendant operated her vehicle in such a way as to cause an unreasonable danger and risk of harm to other drivers on the roadway; and

   g. Defendant struck the vehicle operated by Plaintiff.

9. As a direct and proximate result of Defendant's carelessness and negligence as detailed above, Plaintiff was seriously injured and damaged; Plaintiff sustained injuries to her neck; Plaintiff required treatment and will require treatment in the future; Plaintiff's ability to work, labor, and enjoy life has and will be impaired, all to her detriment and damage.

10. As a direct and proximate result of Defendant's carelessness and negligence as detailed above, Plaintiff incurred treatment expenses in an amount not yet determined and will incur treatment expenses in the future.

Electronically Filed - City of St. Louis - February 05, 2026 - 04:08 PM

**WHEREFORE,** Plaintiff Jamie Mulford respectfully prays for judgment against Defendant Charles Michael Quinnelly, in an amount that is fair and reasonable in excess of Twenty-Five Thousand Dollars **($25,000.00),** plus interest, costs, attorney's fees and for such other orders as this Court deems just under the circumstances.

Respectfully submitted,

**GOLDBLATT + SINGER**

_/s/ Brandon Rahimi_
BRANDON RAHIMI #71290
8182 Maryland Ave., Ste. 801
Clayton, MO 63105
(314) 231-4100 Telephone
(314) 241-5078 Facsimile
brahimi@stlinjurylaw.com
**_Attorneys for Plaintiff_**